**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: November 19, 2010**

_Sarah Maren Curley_
_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
(602) 230-8726

Attorneys for Movant, Wells Fargo Bank, NA., its assignees and/or successors and the servicing agent, Wells Fargo Home Mortgage

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Chris Edward Buirse, Lisa Jean Thomas Buirse,<br><br>                Debtors.<br>_____<br>Wells Fargo Bank, NA, its assignees and/or successors and the servicing agent, Wells Fargo Home Mortgage,<br><br>               Movant,<br><br>  v.<br><br>Chris Edward Buirse, Lisa Jean Thomas Buirse, Debtors; and Maureen Gaughan, Chapter 7 Trustee,<br><br>             Respondents.<br>_____ | ) In Proceedings Under<br>)<br>) Chapter  7<br>)<br>) Case No. 10-32287-SSC<br>)<br>)<br>) **ORDER TERMINATING**<br>) **AUTOMATIC STAY**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Wells Fargo Bank, NA, its assignees and/or successors and the servicing agent, Wells Fargo Home Mortgage ("Movant"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 2507 S. 90th Glen, Tolleson, AZ 85353, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE